194-07/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
LIBRA SHIPPING SERVICES LLC
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
William L. Juska (WJ 0772)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LIBRA SHIPPING SERVICES LLC,

            Plaintiff,

  -against-

MIDWAY OIL HOLDINGS, LTD.,

            Defendant.
-----------------------------------------------------------------x

07 CIV. 3396 (RMB)

**RULE 7.1 STATEMENT**

LIBRA SHIPPING SERVICES LLC, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
       April 30, 2007

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiff
                    LIBRA SHIPPING SERVICES LLC

      By: _____
            William L. Juska (WJ 0772)
            Pamela L. Schultz (PS 0335)

NYDOCS1/282374.1