

LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

MICHAEL E. UNGER
WILLIAM J PALLAS
GINA M VENEZIA
BARBARA G. CARNEVALE
MANUEL A. MOLINA
LAWRENCE J. KAHN
JUSTIN T NASTRO
PAMELA L SCHULTZ
DANIEL J. FITZGERALD
JILL A. TAFT
MICHAEL C. ELLIOTT

* ALSO ADMITTED IN NEW JERSEY
* ALSO ADMITTED IN CONNECTICUT
* ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

# MEMO ENDORSED

May 21, 2007

Our Ref: 194-07/WLJ/PLS

**BY HAND**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/22/07

Re:    Libra Shipping Services LLC v. Midway Oil Holdings Ltd.
       07 CIV 3396 (RMB)

Dear Judge Berman:

   We represent Plaintiff in this matter and write to request an adjournment of the initial
conference which is currently scheduled for June 5, 2007, at 10:00 a.m.   This is our first request
for an adjournment.

   This matter involves a claim by Plaintiff for breach of a maritime contract of charter
party which is subject to London arbitration.  The merits will be decided in London and there
will be no discovery or other substantive actions in connection with this New York action.  This
action was commenced for purposes of obtaining security in connection with the London
arbitration.   Plaintiff's complaint thus included a request for an attachment pursuant to
Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure, which relief was
granted by the Court *ex parte*, as provided for in Rule B.

   Rule B specifically provides for an attachment as *ex parte* relief, and under Local
Admiralty Rule B.2, we are not required to provide notice of these proceedings to the defendant
until after property has been actually restrained.  Thus far, Plaintiff has been unable to locate and
restrain any property of Defendant within the district, but efforts to do so are continuing on a

May 21, 2007
Page 2

daily basis. If we were to notify our adversary of these proceedings now (before any property is restrained) by providing notice of an initial conference, the purpose for which the attachment was sought and this Court's order of attachment would be defeated.

Accordingly, because the dispute is subject to London arbitration and because assets of the defendant have not yet been restrained triggering the notice provision of Rule B, we submit that there is no need for a scheduling conference and respectfully ask that June 5 conference be adjourned.

In the alternative, we ask that this matter be placed on the suspense calendar. Should the order of attachment capture any assets and Defendant makes an appearance in the New York action, and/or should Plaintiff prevail in London and seek to enforce an arbitration award here against any restrained funds, the matter can then be placed on the active docket.

We thank the Court for its consideration for this request.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

GMV:vs                                      William L. Juska, Jr.
Pamela L. Schultz

Conference VACATED (6/5/07)
+ case placed on Court's suspense
calendar. Plt to keep Court
apprised of status.

SO ORDERED,
Date: 5/22/07    Richard M. Berman

Richard M. Berman, U.S.D.J.

NYDOCS1/283739.1

FREEHILL, HOGAN & MAHAR LLP