LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*▪†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
▪ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

**MEMO ENDORSED**

RECEIVED
OCT 2⁵ 2007
~~CHAMBERS OF~~
RICHARD M. BERMAN
U.S.D.J.

October 25, 2007

> *Final extension of 30 days is granted on consent. Conference to be held on 12/17/07 @ 9:00 AM in Rm 21D, 500 Pearl St.*
>
> SO ORDERED:
> Date: 10/26/07
> **Richard M. Berman, U.S.D.J.**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:    Libra Shipping Services LLC v. Midway Oil Holdings Ltd.
07 CIV 3396 (RMB)

Dear Judge Berman:

We represent the plaintiff in the captioned matter and write further to our letter of July 30 (copy attached) in which we requested an additional 60 days to serve the Defendant with a copy of the Summons and Verified Complaint. Your Honor granted that request, and extended the time for service until October 29, on the condition that we obtained the consent of the defendant, which we did.

Our attached request for an extension of time was premised on settlement discussions in London between the plaintiff and defendant. We have now learned that, at least at this moment, settlement discussions have not been productive and the case is proceeding to London arbitration. We hereby request a further 30 day extension of time to serve the complaint, which will be our final request. The defendant's attorney, who is receiving a copy of this letter by e-mail, has already confirmed the defendant's agreement to a further 30 day extension. Now that it appears settlement discussions in London have failed, we will proceed to serve the complaint. However, because the defendant is registered in the Turks & Caicos Islands, and apparently has an operational office in Vienna, service before the current October 29th deadline would be logistically difficult.

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2007

Given the foregoing, we respectfully request the Court grant this final extension of time.   We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

William L. Juska, Jr.
Pamela L. Schultz

cc: Alan Van Praag, Esq. (via e-mail to avanpraag@evw.com)

LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK*J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.ₐ
THOMAS M. RUSSO
THOMAS M. CANEVARIᶠ
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*ₐ
MICHAEL E. UNGER*ᶠ
WILLIAM J. PALLAS*
GINA M. VENEZIA*ₐ
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*ᶠₐ
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
ᶠ ALSO ADMITTED IN CONNECTICUT
ₐ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

July 30, 2007

Our Ref: 194-07/WLJ/PLS

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:    Libra Shipping Services LLC v. Midway Oil Holdings Ltd.
       07 CIV 3396 (RMB)

Dear Judge Berman:

We represent the plaintiff in the captioned matter and write to request an additional 60 days to serve the Defendant with a copy of the Summons and Verified Complaint. This is our first request for such relief.

By way of background, Plaintiff initiated this action as an ancillary matter to London arbitral proceedings seeking security for its maritime claims in the London arbitration via an attachment of the Defendant's property in this District pursuant to Rule B. The requested Rule B attachment was granted, and the Plaintiff has been successful in restraining $250,000 belonging to the Defendant. We immediately advised the Defendant of the restraint, and the parties have been discussing settlement through overseas counsel.

Because the parties are actively discussing settlement of this matter, Plaintiff does not wish to disturb these negotiations by moving forward with service of process. However, as August is traditionally the vacation month in Europe, we do not anticipate there will be much progress in the settlement discussions during this time, and we therefore request an additional 60 days to serve the Defendant with the Summons and Verified Complaint, up to and including October 29, 2007, in the hopes that the parties will come to a settlement agreement, thereby alleviating the need for the present Rule B action.

July 30, 2007
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP


William L. Juska, Jr.
Pamela L. Schultz

NYDOCS1/287718.1

FREEHILL, HOGAN & MAHAR LLP