GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.∆
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*∆
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°∆
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°
DANIEL J. FITZGERALD*†∆
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
∆ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
### 80 PINE STREET
### NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

MEMO ENDORSED

December 3, 2007

> CONFERENCE IS ADJOURNED UNTIL 1/28/08 AT 9:15 A.M. PLAINTIFF TO CONTINUE TO UPDATE THE COURT AS TO STATUS OF THIS CASE.
>
> SO ORDERED:
> Date: 12/3/07
> Richard M. Berman, U.S.D.J.

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:   Libra Shipping Services LLC v.
      Midway Oil Holdings Ltd.
      07 CIV 3396 (RMB)

Dear Judge Berman:

    We represent the plaintiff in the captioned matter and write to request an adjournment of the pre-trial conference set for December 17th. Counsel for defendant Midway Oil Holdings Ltd. joins in this request.

    This is a Rule B attachment commenced in aid of a London arbitration proceeding. Certain assets of the defendant have been attached. The parties have reached an agreement to transfer the attached funds to an escrow account in London and the English solicitors for the parties are in the process of opening a joint escrow account. As soon as the escrow account has been established we will submit a proposed order to the Court authorizing the garnishee bank to remit the attached funds to the escrow account. Once the funds have been remitted, this action will be discontinued.

NYDOCS1/294785.1

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 12-3-07



RECEIVED
DEC 03 2007
CHAMBERS OF
RICHARD M BERMAN
U.S.D.J.

We thank the Court for its attention to this matter.

>                             Respectfully submitted,
>                             FREEHILL HOGAN & MAHAR LLP
>
>                             William L. Juska, Jr.
>                             Pamela L. Schultz

cc: Alan Van Praag, Esq. (via e-mail to <u>avanpraag@evw.com</u>)