Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
Email: mhardison@evw.com

-----------------------------------------------------------x

LIBRA SHIPPING SERVICES LLC,

                    Plaintiff,

  -against-

MIDWAY OIL HOLDINGS, LTD.,

                    Defendant.

-----------------------------------------------------------x

07 Civ. 3396 (RMB)
ECF CASE

**NOTICE OF RESTRICTED APPEARANCE**

     PLEASE TAKE NOTICE that Michael O. Hardison, Esq., Eaton & Van Winkle LLP, 3 Park Avenue, New York, New York 10016-2078, pursuant to the provisions of Rule E(8) of the Supplemental Rules for Certain Admiralty or Maritime Claims, hereby enters a restricted appearance in this action on behalf of Defendant Midway Oil Holdings, Ltd. and requests that all pleadings, papers and documents required to be served on Defendant be served upon its undersigned counsel of record.

Dated: New York, New York
December 26, 2007

                                      EATON & VAN WINKLE LLP

By:   /s/ Michael O. Hardison
       Michael O. Hardison

3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Defendant