USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

194-07/WLJ/PLS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
LIBRA SHIPPING SERVICES LLC,           07 Civ. 3396 (RMB)

    Plaintiff,
                                       STIPULATION
  -against-                           AND ORDER

MIDWAY OIL HOLDINGS, LTD.

    Defendant.
----------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the sum of US$250,000.00, now presently under attachment pursuant to the Court's Order of Maritime Attachment and Garnishment dated April 30, 2007, and in the possession of garnishee Wachovia Bank, be released and transferred to a joint escrow account established by the parties in London at the Allied Irish Bank, said account titled: "Fishers and Shaw & Croft Client Escrow Account." The remittance details for the Fishers and Shaw & Croft Client Escrow Account are as follows:

Allied Irish Bank (GB)
Mayfair Branch
10 Berkeley Square
London W1J 6EF

Account Name: Fishers and Shaw & Croft Client Escrow Account

Account No.: 02850011

Sort Code:    23-83-97

SWIFT Code:  AIBK GB2L

IBAN No.:   GB32 AIBK 23839702158019

NYDOCS1/296113.1

Once remitted, the $250,000.00 is to be held in the Fishers and Shaw & Croft Client Escrow Account pursuant to the terms of the Escrow Agreement between the parties dated January 10, 2008. The present remittance to the escrow account is not to be construed as a waiver to claim the full amount of plaintiff LIBRA SHIPPING SERVICES losses and/or to accept any settlement previously proposed by Defendant MIDWAY OIL HOLDINGS LTD.

IT IS FURTHER STIPULATED that upon receipt of the above sum of $250,000.00 in the escrow account at Allied Irish Bank in London, the plaintiff's attorneys shall file a further stipulation discontinuing this action without prejudice, each party to bear its own costs.

SO ORDERED:
RICHARD M. BERMAN U.S.D.J.
1/22/08

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
LIBRA SHIPPING SERVICES LLC

William L. Juska, Jr.
80 Pine Street
New York, NY 10005
Tel: (212) 425-1900 / Fax: (212) 425-1901

NYDOCS1/296113.1                2

                                              EATON & VAN WINKLE LLP
                                              Attorneys for Defendant
                                              MIDWAY OIL HOLDINGS LTD.

                                              _/s/ Michael O. Hardison_
                                              Michael O. Hardison
                                              3 Park Avenue
                                              New York, NY 10016-2078
                                              (212) 779-0010

SO ORDERED:

_____

NYDOCS1/296113.1                         3