*Berman, J*

194-07/WLJ/PLS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LIBRA SHIPPING SERVICES LLC,                    07 Civ. 3396 (RMB)

        Plaintiff,
                                                **STIPULATION**
    -against-                                  **AND ORDER**

MIDWAY OIL HOLDINGS , LTD.

        Defendant.
-------------------------------------------------------x


    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that,

the restrained sum of US$250,000.00 having been transferred to a joint escrow account

established by the parties in London at the Allied Irish Bank, said account titled: "Fishers

and Shaw & Croft Client Escrow Account",    this action is hereby discontinued without

prejudice, each party to bear its own costs. **THE FEB. 11, 2008 CONFERENCE
IS HEREBY VACATED.**

<br>

                                 FREEHILL HOGAN & MAHAR, LLP
                                 Attorneys for Plaintiff
                                 LIBRA SHIPPING SERVICES  LLC

                                 William L. Juska, Jr.
                                 80 Pine Street
                                 New York, NY  10005
                                 Tel: (212) 425-1900 / Fax: (212) 425-1901

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2-5-08

NYDOCS1/298349.1

07 Civ. 3396

EATON & VAN WINKLE LLP
Attorneys for Defendant
MIDWAY OIL HOLDINGS LTD.

Michael O. Hardison
3 Park Avenue
New York, NY 10016-2078
(212) 779-0010

THE CLERK TO CLOSE THIS CASE.

SO ORDERED:

RMB

U.S.D.J.

2/5/08